**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00369-CV**
_____

**IN THE INTEREST OF L.R.**

_____

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-235,984**
_____

**MEMORANDUM OPINION**

On September 7, 2021, the trial court signed orders granting a nonsuit to Intervenors C.J.M. and I.A.C. ("appellants") and terminating the parental rights of K.O. and J.R. to their child, L.R. On November 17, 2021, the trial court denied appellants' motion for new trial, and they filed a notice of appeal on that same date. We questioned our jurisdiction and appellants filed a response.

An appeal is accelerated in a case where the trial court ordered termination of parental rights. *See* Tex. Fam. Code Ann. §§ 109.002, 263.405(a); *see also* Tex. R. App. P. 28.4. Accordingly, a notice of appeal is due twenty days after the trial court

1

signs the final judgment. *See* Tex. R. App. P. 26.1(b), 28.1(b). An extension of time to file a notice of appeal may be granted if the notice of appeal is filed within fifteen days of the due date; however, the filing of a post-judgment motion does not extend the time for filing a notice of appeal. *See* Tex. R. App. P. 26.3, 28.1(b). Appellants have not shown that they filed a notice of appeal within the time authorized for perfecting an accelerated appeal or for requesting an extension of time to file a notice of appeal. *See* Tex. R. App. P. 26.1(b), 26.3. Therefore, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 29, 2021
Opinion Delivered December 30, 2021

Before Golemon, C.J., Kreger and Horton, JJ.

2